

# U.S. District Court

## Texas Western - San Antonio

### THIS IS A COPY

Receipt Date: Jul 21, 2025 2:12PM

MARK ANTHONY ORTEGA
152 BEDINGFELD
SAN ANTONIO, TX 78231

Rcpt. No: 8160                Trans. Date: Jul 21, 2025 2:12PM                Cashier ID: #DG (2225)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #1025 | 07/15/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments:** 5:25-CV-850. MARK ANTHONY ORTEGA V. SILVERSHARK, INC. D/B/A FUNDORA FUNDING, AND ELI M. SILVERSTEIN.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov