Mark Anthony Ortega
152 Bedingfeld Dr.
San Antonio, TX 78231



RECEIVED
JUL 17 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

San Antonio P&DC 782XX ZIP
TUE 15 JUL 2025 PM

U.S. District Clerk's Office
262 West Nueva St, Rm 1-400
San Antonio, TX, 78207

**SA25CA0850 FB**
**MJ-HJB**