Case 5:25-cv-00850-FB-HJB   Document 12   Filed 08/21/25   Page 1 of 1

FILED
August 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ vl
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Mark Anthony Ortega,
Plaintiff,

v.

Silvershark, Inc. d/b/a Fundora Funding;
and Eli M. Silverstein,
Defendants.
Case No. 5:25-cv-00850-FB-HJB

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I served a true and correct copy of the following documents:

- Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(6);
- Declaration of Eli M. Silverstein; and
- Exhibit A (TCPA Compliance Policy),

by U.S. First-Class Mail, postage prepaid, to:

Mark Anthony Ortega
152 Bedingfeld Dr.
San Antonio, TX 78231

Respectfully submitted,

/s/ Eli M. Silverstein
Eli M. Silverstein
22837 Ventura Blvd, Unit 202
Woodland Hills, CA 91364
Tel: +1 424-393-2243
Email: Admin@fundorafunding.com
Defendant, Pro Se

Dated: August 21, 2025